IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMBROSE J. MCMURPHY, III**
**and LORI MCMURPHY** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 1:09cv51-HSO-RHW**

**STATE FARM FIR AND CASUALTY CO., and**
**STATE FARM INS. COS; TIM CHADDICK**
**and JOHN DOES I-X and JANE DOES I-X** **DEFENDANTS**

## MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD

COMES NOW, William B. Weatherly, Attorney at Law, and brings this his Motion for Withdrawal as Counsel for the Plaintiffs, Ambrose J. McMurphy, III and Lori McMurphy in Civil Action No. 1:09cv51-HSO-RHW, and as grounds in support would state as follows:

1. Matt G. Lyons and William B. Weatherly represent the Plaintiffs, Ambrose J. McMurphy, III and Lori McMurphy, as counsels of record in the aforementioned Civil Action.

2. William B. Weatherly seeks to withdraw as counsel of record and opposing counsel has expressed no objections and consents to his withdrawal.

3. William B. Weatherly duly puts all parties, the clients, Ambrose J. McMurphy, III and Lori McMurphy, and the district judge on notice of this motion for withdrawal as counsel of record.

4. There is no prejudice to the Plaintiffs, Ambrose J. McMurphy, III and Lori McMurphy in permitting William B. Weatherly to withdraw as counsel of record in this case.

WHEREFORE, William B. Weatherly prays this Honorable Court grant his Motion for Withdraw as Counsel in this cause.

Respectfully Submitted, this the 14th day of October, 2009.

                                      BY:    *s/ William B. Weatherly*
                                                 WILLIAM B. WEATHERLY

**WILLIAM B. WEATHERLY, MSB #7044**
WEATHERLY LAW OFFICE
P.O. Box 4077
Gulfport, MS. 39502
Telephone: (228) 896-7185
Fax:        (228) 896-0899
Email: wbw@weatherlylawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was furnished, via U.S. Mail to , Ambrose J. McMurphy, III and Lori McMurphy, P.O. Box 4947, Cary, NC. 29517, and that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Matt G. Lyons
    Attorney at Law
    910 Washington Avenue
    Ocean Springs, MS  39564

    H. Scott Spragins
    Josiah Dennis Coleman
    Hickman, Goza & Spragins, PLLC
    Attorneys at Law
    Post Office Drawer 668
    Oxford, MS 38655-0668

This the 14th day of October, 2009.

                                                      *s/ William B. Weatherly*
                                                   WILLIAM B. WEATHERLY